IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Willie Buckhana,

    Plaintiff(s),

v.

Tarry Williams et al.,

    Defendant(s).

Case No. 15 C 5946

## LIMITED APPOINTMENT OF SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The appointed attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this appointment. On notice to the Court, appointed counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

| | |
|---|---|
| Name of Appointed Counsel: | Laura Sexton |
| Law Firm: | Goldman Ismail Tomaselli Brennan & Baum LLP |
| Street Address: | 564 WEST RANDOLPH STREET |
| Suite Number: | SUITE 400 |
| City, State & Zip Code: | Chicago, IL 60661 |
| Telephone Number: | 312.881.5950 |

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: October 28, 2016

x _Willie D. Buckhana_
   Pro Se Plaintiff

**ENTER:**

Dated: 11/8/16

_Mary M. Rowland_
Judge