UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Willie Buckhana
                    Plaintiff,

v.                                       Case No.: 1:15–cv–05946
                                                Honorable Mary M. Rowland

Tarry Williams, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 9, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: Status set for 11/21/16 at 09:15 AM to set a settlement conference. Parties are to bring dates when both clients and counsel will be available for a settlement conference. Judge Rowland generally conducts settlement conferences Mondays, Tuesdays, Wednesdays, and Fridays from 10:00 AM to 12:00 PM. Other dates and times may be available as required by the Court or the parties. The parties are directed to review and to comply with Judge Rowland&#0;39;s Standing Order regarding Settlement Conferences, which is available on Judge Rowland's web page located on the Court's website at www.ilnd.uscourts.gov. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.