UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Willie Buckhana

                       Plaintiff,

v.                                                Case No.: 1:15–cv–05946
                                                   Honorable Mary M. Rowland

Tarry Williams, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 21, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Settlement Conference set for 02/08/17 at 9:30 a.m. Parties are to exchange position letters prior to the settlement conference. Plaintiff shall provide Defendants with a demand letter by 01/18/17. Defendants have 14 days thereafter to respond. Plaintiff shall submit copies of all letters exchanged by the parties to Settlement_Rowland@ilnd.uscourts.gov by 02/02/17. Parties should also review and comply with Judge Rowland's standing order regarding settlement conferences which can be found on the Court's website at www.ilnd.uscourts.gov. Plaintiff to appear by video. Video writ to issue. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.