UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Willie Buckhana
                Plaintiff,

v.                                            Case No.: 1:15−cv−05946
                                            Honorable Mary M. Rowland

Tarry Williams, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2017:

       MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's unopposed oral motion to reset settlement conference is granted. Settlement conference previously set for 2/8/17 at 9:30 a.m. is stricken and reset for 3/24/17 at 10:00 a.m. Parties are to exchange position letters prior to the settlement conference. Plaintiff shall provide Defendants with a demand letter by 3/3/17. Defendants have 14 days thereafter to respond. Plaintiff shall submit copies of all letters exchanged by the parties to Settlement_Rowland@ilnd.uscourts.gov by 3/20/17. Parties should also review and comply with Judge Rowland's standing order regarding settlement conferences which can be found on the Court's website at www.ilnd.uscourts.gov. Video writ issued on 11/21/16 is vacated. Video writ for 3/24/17 settlement conference to issue. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.